**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - Eastern Division

| | | |
|---|---|---|
| MARIA BOJORQUEZ, | ) | Case No. ED CV 09-01260-SGL(OPx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| NEW CENTURY MORTGAGE CORPORATION, ET AL, | ) | |
| Defendants. | ) | |

The Court having ordered the plaintiff to show cause in writing, not later than August 15, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

The Court **ORDERS** that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure Rule 41.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 21, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE